IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ADNAN S. MOHAMMED ALI | ) |
| | ) |
| v. | ) NO. 3:09-0026 |
| | ) JUDGE CAMPBELL |
| DEPARTMENT OF HOMELAND SECURITY | ) ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 14), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendant's Motion to Dismiss (Docket No. 9) is GRANTED, and this action is DISMISSED. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE